932

April 5, 1954.*

No. 566. McAllister *v.* United States. C. A. 2d Cir. Certiorari granted. *Jacob Rassner* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Leavenworth Colby* for the United States.

No. 587. Meacham Corporation et al. *v.* United States. C. A. 4th Cir. Certiorari granted. *Thomas B. Gay* and *H. Merrill Pasco* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Cornelius J. Peck* for the United States.

No. 589. Offutt *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Warren E. Magee* and *Charlotte Maskey* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 574. Commissioner of Internal Revenue *v.* Estate of Sternberger, Chase National Bank of New York, Executor. C. A. 2d Cir. Certiorari granted. *Robert L. Stern,* then Acting Solicitor General, filed the petition for the Commissioner. *Solicitor General Sobeloff* filed a reply to the brief in opposition. *Edward S. Greenbaum* for respondent.

---

*Mr. Justice Jackson took no part in the consideration or decision of the cases in which orders are this day announced, except as noted in case No. 552, *post,* p. 937.